CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED

July 15, 2026

LAURA A. AUSTIN, CLERK
BY: **/s/ Hannah Warren**
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CHRISTOPHER T.,[1]                        )
                                          )
    Plaintiff,                        )
                                          )
v.                                        )      Civil Action No. 7:25-cv-00509
                                          )
COMMISSIONER OF                           )      By: Elizabeth K. Dillon
SOCIAL SECURITY ADMINISTRATION,           )           Chief United States District Judge
                                          )
    Defendant.                        )

**ORDER**

In this social security case, plaintiff Christopher T. seeks review of the final decision of the Commissioner of the Social Security Administration, which found that his disability ended on December 19, 2018, rendering him ineligible for continued disability insurance benefits ("DIB"). Christopher T. filed a brief in support of reversal of the Commissioner's decision. (Dkt. No. 17.) The government filed a brief asking the court to affirm the Commissioner's decision. (Dkt. No. 21.) Pursuant to 28 U.S.C. § 636(b)(1)(B), the court referred the motion to U.S. Magistrate Judge C. Kailani Memmer for a report and recommendation ("R&R").

On June 29, 2026, the magistrate judge issued her R&R, recommending that the court reverse the Commissioner's final decision and remand this matter under the fourth sentence of 42 U.S.C. § 405(g). (Dkt. No. 22.) The magistrate judge also advised the parties of their right under 28 U.S.C. § 636(b)(1)(C) to file written objections to her proposed findings and recommendations within 14 days of service of the R&R. (*Id.*)

---

[1] Due to privacy concerns, the court is adopting the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States that courts only use the first name and last initial of the claimant in social security opinions.

The deadline to object to the R&R has passed, and no party has filed an objection. "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

Upon reviewing the record here, the court is satisfied that there is no clear error. Accordingly, the court hereby ORDERS as follows:

1. The R&R (Dkt. No. 22) is ADOPTED;

2. The final decision of the Commissioner is REVERSED; and

3. The matter is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g).

An appropriate judgment order will be entered.

Entered: July 15, 2026.

*/s/ Elizabeth K. Dillon*

Elizabeth K. Dillon
Chief United States District Judge

2